■ In the Matter of the Guardianship of MICHAEL AN-

THONY F., an Infant. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Same memorandum as in *Matter of Michael Anthony F.* ([appeal No. 2] 177 AD2d 1031 [decided herewith]). (Appeal from Order of Monroe County Family Court, Sciolino, J.—Guardianship and Custody.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.